

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Christopher Lee Bedford,

Vs. No. 11-21-00101-CR

The State of Texas,

* From the 42nd District Court
  of Taylor County,
  Trial Court No. 28606A.

* October 21, 2021

* Per Curiam Memorandum Opinion
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.